PROB 12C
(6/16)

Report Date: May 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 22, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isiah James Harrington          Case Number: 0980 2:22CR00145-TOR-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉, Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

| | |
|---|---|
| Original Offense: | Attempted Robbery, 18 U.S.C. §§ 2111, 1152 & 2 |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| | Date Supervision Commenced: April 18, 2022 |
| Defense Attorney: | Amy H. Rubin |
| | Date Supervision Expires: April 17, 2025 |

### PETITIONING THE COURT

To issue a **warrant**.

On April 21, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harrington, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or about May 20, 2023, Isiah Harrington allegedly violated mandatory condition number 1 by violating a number of Washington State laws, to include: Reckless Driving, in violation of RCW 46.61.500; Driving While Under the Influence (DWUIL/DRUG), in violation of RCW 46.61.502 GM; and Attempting to Elude a Police Vehicle, in violation of RCW 46.61.024.<br><br>On May 22, 2023, this officer received notification that the offender had been arrested by the Washington State Patrol (WSP) on May 20, 2023. Although the U.S. Probation Office has requested reports regarding the incident on May 20, 2023, those reports have not yet been received. The only information currently available to the undersigned is that Mr. Harrington was arrested on May 20, 2023, for the law violations listed above, and he was incarcerated at the Spokane County Jail where he remains detained. |

Prob12C
**Re: Harrington, Isiah James**
May 22, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/22/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

May 22, 2023
Date