PROB 12C
(6/16)

Report Date: February 21, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isiah James Harrington        Case Number: 0980 2:22CR00145-TOR-1

Address of Offender: ███████████████, Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

Original Offense:         Attempted Robbery, 18 U.S.C. §§ 2111, 1152 & 2

Original Sentence:        Prison - 41 months            Type of Supervision: Supervised Release
                          TSR - 36 months

Amended Sentence:         Prison - 818 days
(April 12, 2022)          TSR - 36 months

Revocation Sentence:      Prison - 16 days
(August 23, 2023)         TSR - 32 months

Asst. U.S. Attorney:      Patrick J. Cashman            Date Supervision Commenced: August 23, 2023

Defense Attorney:         Amy Rubin                     Date Supervision Expires: April 22, 2026

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/18/2024.

On August 25, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harrington, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about February 6, 2024, Isiah Harrington allegedly violated special condition number 6 by consuming cocaine. |
| | On February 8, 2024, the offender appeared in Court for an initial appearance before U.S. Magistrate Judge, James A. Goeke. Immediately after his appearance, while still standing |

Prob12C
**Re: Harrington, Isiah James**
**February 21, 2024**
**Page 2**

in the courtroom, this officer instructed Mr. Harrington to report to the U.S. Probation Office for random urinalysis testing.

Shortly after issuing that instruction, the offender motioned for this officer to step outside. Once outside the courtroom, Mr. Harrington suggested that he was unable to submit to urinalysis testing because his youngest child was asleep. Because he was accompanied by his girlfriend, who was holding the sleeping child, this officer did suggest that the offender have his family wait in their car while he reported to the U.S. Probation Office.

On February 8, 2024, the offender reported to the U.S. Probation Office. Before submitting to urinalysis testing, Mr. Harrington asked to speak with the assigned probation officer. The offender subsequently admitted to the use of cocaine on or about February 6, 2024, and he signed an admission of use form confirming that use.

Mr. Harrington did then submit to random urinalysis testing and provided a urine sample that was presumptive positive for cocaine. Because he had admitted to the use of cocaine, the sample was not sent to the laboratory for further testing.

6  **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about February 10, 2024, Isiah Harrington allegedly violated special condition number 6 by consuming marijuana.

On February 13, 2024, this officer spoke with a treatment provider from Breakthrough Recovery, who confirmed that the offender had submitted to a substance abuse assessment on February 12, 2024, as scheduled. In discussing his recent drug use, to ensure that the offender was fully forthcoming during the assessment, the undersigned learned that Mr. Harrington had admitted to the use of marijuana on or about February 10, 2024.

Shortly thereafter, on February 13, 2024, the offender was contacted; he did not deny the information. As such, later that same date, Mr. Harrington reported to the U.S. Probation Office and signed an admission of use form confirming his use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/21/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Harrington, Isiah James**
**February 21, 2024**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

February 22, 2024

Date