PROB 12C
(6/16)

Report Date: March 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Isiah James Harrington | Case Number: 0980 2:22CR00145-TOR-1 |
| Address of Offender: ███████████ Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

| | | |
|---|---|---|
| Original Offense: | Attempted Robbery, 18 U.S.C. §§ 2111, 1152 & 2 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(April 12, 2022) | Prison - 818 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - time served (16 days)<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: April 22, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/19/2024 and 2/21/2024.

On August 25, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harrington, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #7**:  You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On or about February 14, 2024, Isiah Harrington allegedly violated special condition number 7 by consuming alcohol. |

Prob12C
Re: Harrington, Isiah James
March 1, 2024
Page 2

On February 21, 2024, this officer spoke with the offender's treatment provider with Breakthrough Recovery (BR), to verify that Mr. Harrington had become engaged in treatment as required.

During that conversation, the treatment provider mentioned that the offender had admitted to consuming alcohol on or about February 14 and February 17, 2024; as a result, he was required to sign a behavioral contract. According to the information received, the behavioral contract notes that any further instances of substance abuse will result in the offender's enrollment in a higher level of care.

On February 29, 2024, Mr. Harrington reported to the probation office and admitted to the consumption of alcohol on or about February 14, 2024; the offender was although adamant that he had not consumed alcohol on February 17, 2024. The offender ultimately signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/01/2024

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : *The Revocation of Supervised Release Hearing scheduled for 3/7/2024 remains set.*

Thomas O. Rice
United States District Judge
March 4, 2024
Date