PROB 12C
(6/16)

Report Date: March 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Isiah James Harrington | Case Number: 0980 2:22CR00145-TOR-1 |
| Address of Offender: ███████████, Spokane Valley, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Attempted Robbery, 18 U.S.C. §§ 2111, 1152 & 2 | | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(April 12, 2022) | Prison - 818 days<br>TSR - 36 months | | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - Time Served (16 days)<br>TSR - 32 months | | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | August 23, 2023 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | April 22, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/19/2024, 2/21/2024 and 3/1/2024.

On August 25, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harrington, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On March 11 and 12, 2024, Isiah Harrington allegedly violated special condition number 5 by failing to attend his substance abuse group treatment session as scheduled. |

Prob12C
**Re: Harrington, Isiah James**
**March 20, 2024**
Page 2

On the morning of March 11, 2024, at approximately 8:52 a.m., the offender sent this officer a text message asking to be excused from his group treatment session which was scheduled to begin at 9 a.m. on that date. According to the text message, Mr. Harrington had to take his children to daycare, and would ultimately be late to his treatment session.

Shortly thereafter, on March 11, 2024, this officer contacted Mr. Harrington. He confirmed that his children are able to be dropped off at daycare before 8:50 a.m., and he was actually running late because he had overslept. As such, the offender was informed that this officer would not excuse his missed session on March 11, 2024.

The very next day, on March 12, 2024, the undersigned probation officer received notification from the treatment provider, Breakthrough Recovery, that Mr. Harrington again failed to report for his group treatment session as scheduled.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/20/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other   Defendant to attend final revocation hearing on April 18, 2024 before the undersigned.

Thomas O. Rice
United States District Judge

March 21, 2024

Date