PROB 12C
(6/16)

Report Date:  April 2, 2024

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Eastern District of Washington**

Apr 02, 2024

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Isiah James Harrington          Case Number: 0980 2:22CR00145-TOR-1

Address of Offender: ██████████ Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

| | | |
|---|---|---|
| Original Offense: | Attempted Robbery, 18 U.S.C. §§ 2111, 1152 & 2 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(April 12, 2022) | Prison - 818 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - Time Served (16 days)<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: April 22, 2026 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/19/2024, 2/21/2024, 3/1/2024 and 3/20/2024.

On August 25, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harrington, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition #8**:  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.<br><br>**Supporting Evidence**:  On or about March 27, 2024, Isiah Harrington allegedly violated standard condition number 8 by associating with an individual involved in criminal behavior, who is a federally convicted felon currently being supervised by the U.S. Probation Office. |

**Prob12C**
**Re: Harrington, Isiah James**
**April 2, 2024**
**Page 2**

On March 28, 2024, the undersigned received information from another federal probation officer advising that Mr. Harrington had rented a hotel room for an offender being supervised by the U.S. Probation Office. According to the information received, that offender had been kicked out of the clean-and-sober residence where he was residing as a result of his drug use.

Later that same date, this officer contacted Mr. Harrington and he confirmed that he had in fact rented a room for someone he had met in his substance abuse group treatment sessions. Mr. Harrington claimed he felt sorry for the man and subsequently rented a motel room for him.

While the offender claimed he was not aware that the individual was a convicted felon on federal supervision, he acknowledged knowing that the individual was kicked out of his clean-and-sober residence for using drugs. It should be noted, Mr. Harrington did not request, nor receive authorization, to associate with the individual in question.

10          **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On March 29, 2024, Isiah Harrington allegedly violated special condition number 5 by failing to attend his substance abuse treatment session as scheduled.

On March 29, 2024, this officer received notification from Breakthrough Recovery Group (BTRG) that the offender failed to report for his group treatment session as scheduled on that date.

In response to the information received, the undersigned officer contacted Mr. Harrington. The offender stated he had missed treatment because he overslept.

Treatment staff reportedly attempted to contact Mr. Harrington multiple times, but was unsuccessful; he did not respond to the treatment provider until after close of business on that date.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/02/2024

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Harrington, Isiah James**
**April 2, 2024**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
petition with the other violations pending before the
Court.
[ ]  Defendant to appear before the Judge assigned to the
case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

April 2, 2024
_____
Date