PROB 12C
(6/16)

Report Date: April 8, 2024

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isiah James Harrington        Case Number: 0980 2:22CR00145-TOR-1

Address of Offender: ███████████████████████, Spokane, WA 99205

Name of Sentencing Judicial Officer: The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

| | | |
|---|---|---|
| Original Offense: | Attempted Robbery, 18 U.S.C. §§ 2111, 1152 & 2 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(April 12, 2022) | Prison - 818 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - Time Served (16 days)<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: August 23, 2023 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: April 22, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/19/2024, 2/21/2024, 3/1/2024, 3/20/2024 and 4/2/2024.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On April 2, 2024, Isiah Harrington allegedly violated special condition number 5 by being unsuccessfully discharged from treatment with Breakthrough Recovery Group (BTRG). |

Prob12C
Re: Harrington, Isiah James
April 8, 2024
Page 2

On April 2, 2024, this officer received notification from treatment staff with BTRG advising that the decision had been made to unsuccessfully discharge Mr. Harrington from treatment. According to the information received, the offender had been "nodding out" during his group treatment sessions on April 1 and 2, 2024. While Mr. Harrington claimed that he was tired because his grandmother had a stroke on the evening of April 1, 2024, it did not explain why he was unable to stay awake during his treatment session earlier that morning.

The treatment provider advised the offender had refused to do his group notes on April 1 and 2, 2024, despite the fact that participants are required to complete group notes as an element of their treatment program.

Additionally, treatment staff challenged Mr. Harrington during his treatment session on April 1, 2024, because he was reportedly making "a number of victim statements," to include that he is "a victim of the legal system." Treatment staff ultimately determined that the offender was not sincerely engaged in treatment, which thus negatively impacted the other participants, and he was subsequently discharged unsuccessfully.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/08/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]  Other : *The revocation hearing scheduled for April 18, 2024, remains set.*

Thomas O. Rice
United States District Judge

April 11, 2024
Date