PROB 12C  
(6/16)

Report Date: October 30, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Isiah James Harrington | Case Number: 0980 2:22CR00145-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 15, 2020

| | | |
|---|---|---|
| Original Offense: | Attempted Robbery, Aid and Abet, 18 U.S.C. §§ 2111, 1152 & 2 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(April 12, 2022) | Prison - 818 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - Time Served<br>(16 days)<br>TSR - 32 months | |
| Revocation Sentence:<br>(April 17, 2024) | Prison - 5 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: September 16, 2024 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: March 15, 2027 |

## PETITIONING THE COURT

To issue a summons.

During a supervised release revocation hearing on April 17, 2024, Isiah Harrington was ordered to serve a term of supervised release subject to conditions of federal supervision. The offender waived the reading of the mandatory and standard conditions, which he was subject to during his first two terms of federal supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On September 16, 2024, Isiah Harrington allegedly committed Fourth Degree Assault, in violation of RCW 9A.36.041, which is a gross misdemeanor.<br><br>On September 17, 2024, while speaking to another U.S. probation officer, the undersigned learned that Mr. Harrington's girlfriend had been run through the national crime information |

Prob12C
# Re: Harrington, Isiah James
# October 30, 2024
# Page 2

center (NCIC) by the Spokane Airport Police (SAP) the evening prior. That officer was confused about why airport police would be inquiring about that individual, and this officer noted that her boyfriend (Mr. Harrington), had arrived at the Spokane Airport in Spokane, Washington, from Seattle, Washington, on September 16, 2024.

The U.S. Probation Office subsequently contacted the SAP and was informed that an assault had been reported on September 16, 2024, and they had conducted NCIC inquires based upon the license plate of the vehicle that the perpetrator was seen leaving the airport in. This officer requested a photo of the suspect and was able to confirm that the individual the SAP was speaking about was in fact Mr. Isiah Harrington. This officer requested a copy of their report so that the alleged violation behavior could then be reported to the Court.

On October 29, 2024, the assigned probation officer finally received a copy of the report from SAP. According to the information contained within that report, on September 16, 2024, shortly after his flight arrived in Spokane, a passenger was in the process of getting his carry-on luggage out of the overhead compartment. While doing so, Mr. Harrington allegedly "came from further back in the plane forcing his way through the passenger towards the door." When that passenger put his hand up and asked the offender to wait while he got his bag, Mr. Harrington reportedly shoved the victim out of the aisle and into his seat, then called the other passenger a "pussyboy." The report goes on to say that Mr. Harrington then asked the victim "what he was going to do about being shoved and again called (him) a 'pussyboy'."

As a result of the incident, the victim stated he struck his head on the overhead compartment above his seat, and was still feeling pain while reporting the incident to the SAP.

It should be noted, Mr. Harrington had just arrived in Spokane from Seattle after being released from the Bureau of Prisons' (BOP) custody. He claimed he was unfamiliar with "airplane etiquette," but this officer would suggest that his behavior is indicative of more than just poor etiquette.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/30/2024

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C

Re: Harrington, Isiah James
October 30, 2024
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

October 31, 2024
Date