PROB 12C
(6/16)

Report Date: November 18, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Isiah James Harrington | | Case Number: 0980 2:22CR00145-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201 | | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | | |
| Date of Original Sentence: January 15, 2020 | | |
| Original Offense: | Attempted Robbery, Aid and Abet, 18 U.S.C. §§ 2111, 1152 & 2 | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(April 12, 2022) | Prison - 818 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 23, 2023) | Prison - Time Served<br>(16 days)<br>TSR - 32 months | |
| Revocation Sentence:<br>(April 17, 2024) | Prison - 5 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: September 16, 2024 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: March 15, 2027 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 30, 2024.

On September 19, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Isiah Harrington, as outlined in the judgment and sentence. He signed the judgment acknowledging an understanding of the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #3**:  You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

Prob12C
# Re: Harrington, Isiah James
November 18, 2024
Page 2

**Supporting Evidence**: On November 16, 2024, Isiah Harrington allegedly violated special condition number 3 by failing to abide by the rules and requirements of the RRC.

According to the information received, on November 16, 2024, staff from the RRC was attempting to conduct home visits in anticipation of the upcoming holiday, during which Mr. Harrington had requested a pass to be authorized to leave the facility. When staff contacted the offender's girlfriend, whose residence he requested to spend his holiday pass at, the offender answered the phone. The RRC staff member noted there was music playing in the background, which was odd as Mr. Harrington was expected to be on the bus at the time.

Shortly thereafter, the offender's girlfriend was contacted to schedule a home visit; she was reportedly unavailable for a home visit until later that afternoon. The staff member noted that the same music from the phone call with Mr. Harrington was also playing in the background when they spoke with his girlfriend.

Because the offender had been approved to go to Walmart via the bus, not with his girlfriend, suspicious were raised that Mr. Harrington had deviated from his approved pass. RRC staff then traveled to the Walmart he had been approved to go to. Upon their arrival, the bus Mr. Harrington was expected to be traveling on was just leaving the parking lot; the offender although was nowhere to be found.

At approximately 1:05 p.m., staff members saw the offender walking out of Walmart with a woman and two children and head to a vehicle in the parking lot. Shortly thereafter, at 1:09 p.m., Mr. Harrington was contacted in the driver's seat of the vehicle; staff took a photo of the offender as proof of his noncompliance. It should be noted, Mr. Harrington had been approved to leave the RRC at 1 p.m. on that date, and by 1:09 p.m. he had already completed his shopping, which further suggests that the offender did not take the bus as approved.

In response to Mr. Harrington's noncompliance with the RRC rules and requirements, he was issued a behavioral note on November 16, 2024, and placed on restricted status until November 18, 2024.

3   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On November 16, 2024, Isiah Harrington allegedly violated standard condition number 5 by failing to notify the probation officer of a change in his living arrangements at least 10 calendar days before the change.

On November 16, 2024, Isiah Harrington was found to have violated the rules and requirements of the RRC, and was subsequently placed on restricted status. Because that restriction was scheduled to expire on November 18, 2024, when staff could speak with the facility's administrative staff, all approved passes for the weekend were withdrawn, except for those related to work and treatment.

Prob12C
**Re: Harrington, Isiah James**
**November 18, 2024**
**Page 3**

    The offender was not happy that he had been placed on restricted status, and he subsequently absconded from the RRC on November 16, 2024.

    Mr. Harrington failed to notify this officer that he had changed his living arrangement until 10:25 a.m. the next day, on November 17, 2024.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 11/18/2024 |
|---|---|
| | s/Amber M.K. Andrade |
| | Amber M.K. Andrade<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

November 19, 2024
Date